# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

MORRIS LYNN JOHNSON                                                                                    PETITIONER
REG #01798-135

                              2:15CV00018 KGB/HDY

C.V. RIVERA                                                                                                          RESPONDENT
Warden, FCC Forrest City Medium

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
           Judge (if such a hearing is granted) was not offered at the
           hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the
           hearing before the District Judge in the form of an offer of
           proof, and a copy, or the original, of any documentary or

>other non-testimonial evidence desired to be introduced at
>the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## **DISPOSITION**

Petitioner Morris Lynn Johnson, an inmate at the Federal Correctional Institution in Forrest City, filed a petition for a writ of *habeas corpus* (docket entry #1) on February 2, 2015. Petitioner did not pay the $5.00 filing fee or file an application for leave to proceed *in forma pauperis*. On February 10, 2015, the Court entered an order directing Petitioner to either pay the filing fee or file an application for leave to proceed *in forma pauperis* within 30 days (docket entry #2). That same order warned Petitioner that his failure to do so within would result in the dismissal of his petition.

More than 30 days have passed, and Petitioner has not paid the filing fee, filed an application for leave to proceed *in forma pauperis*, or otherwise responded to the order. Under these circumstances, the Court concludes that the petition should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Petitioner's petition be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2.     The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  19   day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE