IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MORRIS LYNN JOHNSON**                                                                          **PETITIONER**
**REG #01798-135**

Case No. 2:15-cv-00018 KGB/HDY

**C.V. RIVERA**                                                                                               **RESPONDENT**
Warden, FCC Forrest City Medium

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 3). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Petitioner Morris Lynn Johnson's petition is dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's Order.

2. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this the 16th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE